STATE of Missouri, Respondent,

v.

Richard L. PARKS, Appellant.

No. WD34945.

Missouri Court of Appeals,
Western District.

Feb. 14, 1984.

James W. Fletcher, Public Defender, Sean D. O'Brien, Asst. Public Defender, Kansas City, Loretta Burns-Bucklew, Certified Law Student, for appellant.

John Ashcroft, Atty. Gen., Robert L. Swearingen, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., P.J., and DIXON and CLARK, JJ.

ORDER

PER CURIAM:

Appeal from a conviction of burglary in the second degree and four-year sentence. Judgment affirmed. Rule 30.25(b).